UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Case No. 14-cr-00147-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.**      **ANNE RASAMEE,**
2.      AUSTIN RAY,

        Defendants.

_____

### ORDER GRANTING MOTION FOR ORDER FOR TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285

_____

On December 18, 2014, the Court entered its Order granting the Motion for Travel Expenses Pursuant to 18 U.S.C. § 4285 as to Anne Rasamee. The Court, after consultation with the U.S. Marshal Service, directed defense counsel to submit a proposed order to the Court on or before December 26, 2014, which sets forth the necessary information for the transport of the Defendant. Having received and reviewed that information,

IT IS ORDERED that the United States Marshal shall arrange air travel for Defenant Anne Rasamee from San Francisco, California on January 20, 2014 for her to appear at the Change of Plea Hearing set on that date at 1:30 p.m. and from Denver, Colorado to San Francisco, California, on January 21, 2014, or on such date as Defendant Rasamee has concluded her presentence investigation interview with the U.S. Probation Office. It is

FURTHER ORDERED that defense counsel shall confer with the U.S. Marshal with

respect to dates of travel.

DATED this 29th day of December, 2014.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Court